**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00095-CR
### No. 05-12-00096-CR
### No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

On April 10, 2013, this Court ordered court reporter Marigay Black to file the reporter's record by May 10, 2013. To date, Ms. Black has not filed the record, nor has she communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Marigay Black, official court reporter of the County Court at Law No. 3, to file the reporter's record by **JUNE 3, 2013**. No further extensions will be granted. If the record is not filed by the date specified, we will order that Marigay Black not sit as a court reporter until she files the record in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lance Baxter, Presiding Judge, County Court at Law No. 3; Marigay Black, official court reporter, County Court at Law No. 3, and to counsel for all parties.

/s/    DAVID EVANS
          JUSTICE